IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 03-1377-TUC-RCC(BPV) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| James William Tilden; Linda Tilden, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The Court has reviewed the pleadings, the transcript and the Magistrate Judge's Report and Recommendation in this matter.       The Court also notes that no objections have been filed thereto, therefore,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#80)  entered on February 28, 2008.

**IT IS FURTHER ORDERED DENYING**  Defendants' Motions to Suppress (#47 and #59)

Trial remains set at this time for April 1, 2008 at 9:30 a.m.

Exhibits admitted at the hearing held on 1/17/2008 were returned to counsel at the conclusion of that hearing by the Deputy Clerk.

DATED this 18th day of March, 2008.

Raner C. Collins
United States District Judge